Dolan Law LLC
Robert E. Dolan
NV Bar No. 6271
545 Hanson St.
Winnemucca, NV 89445
Ph: (775) 625-3200
Fax: (775) 625-4286
bob.dolan@dolanlawnv.com
*Attorney for Defendants*

IN THE UNITIED STATE DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

HARPREET SINGH,

    Plaintiff

vs.

ROOP SINGH & DHALIWAL INC.

    Defendants

3:21-cv-00094-HDM-WGC

**STIPULATION TO ENLARGE TIME TO FILE ANSWER and ORDER**

COMES NOW, ROOP SINGH and DHALIWAL INC., Defendants, by and through Dolan Law LLC, Robert E. Dolan, Esq., and HARPREET SINGH, Plaintiff, by and through Mark Mausert, Esq., and pursuant to a request by Defendant's counsel for additional time to engage in fact finding prior to responding to the Complaint Stipulate to enlarge the time for Defendant to file an Answer or otherwise respond to the Complaint herein to April 20, 2021.

This is the first stipulation for an extension of time for Defendant to file an answer.

///

///

///

Dated this 12th day of March 2021.

/s/
_____
Mark Mausert, Esq.
Nevada Bar No. 2398
729 Evans Avenue
Reno, NV 89512
Ph: 775-786-5477
Fax: 775-786-9658
mark@markmausertlaw.com

_____
DOLAN LAW, LLC.
By: Robert E. Dolan, Esq.
Nevada Bar No. 6271
545 Hanson Street
Winnemucca, Nevada 89445
Ph: 775-625-3200
bob.dolan@dolanlawnv.com

IT IS SO ORDERED:

William G. Cobb
_____
U.S. MASGITRATE JUDGE

DATED: March 15, 2021