Mark Mausert
NV Bar No. 2398
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARPREET SINGH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROOP SINGH & DHALIWAL, INC.<br><br>　　　　　Defendants. | Case No. 3:21-cv-00094-HDM-WGC<br><br>ORDER GRANTING<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS (First Request)** |

　　　Pursuant to Local Rule IA 6-1, Plaintiff HARPREET SINGH, and Defendants ROOP SINGH & DHALIWAL, INC., by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline for Plaintiff to file an opposition to Defendant's Motion to Dismiss (ECF No. 11) from April 30, 2021 to May 21, 2021.

//

//

//

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS

The parties request this extension due to counsel for Plaintiff's busy schedule and requires the additional time to prepare a proper response. This request is not for any improper delay.

Dated: April 27, 2021

LAW OFFICE OF MARK MAUSERT

/s/ Mark Mausert
MARK MAUSERT
Attorney for Plaintiff

Dated: April 27, 2021

DOLAN LAW, LLC

/s/ Robert Dolan
ROBERT E. DOLAN, ESQ.
Attorney for Defendants

IT IS SO ORDERED.

DATED this 27th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS