# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARPREET SINGH,<br><br>                Plaintiff,<br>   v.<br>ROOP SINGH and DHALIWAL, INC.,<br><br>               Defendants. | Case No. 3:21-cv-00094-HDM-WGC<br><br>**ORDER** |

    The stipulations of the parties to enlarge time (ECF Nos. 18 & 19) are GRANTED. The defendants shall have to and including June 7, 2021, within which to file a reply to the opposition to their motion to dismiss.

    IT IS SO ORDERED.

    DATED: this 27th day of May, 2021.

                                               _/s/ Howard D. McKibben_
                                      UNITED STATES DISTRICT JUDGE