# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HARPREET SINGH, ) | 3:21-cv-00094-HDM-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | |
| ) | November 24, 2021 |
| ROOP SINGH, DHALIWAL, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the motion of Robert E. Dolan, Esq., of the law firm Dolan Law, LLC, to withdraw as counsel for Defendants Roop Singh and Dhaliwal, Inc. (ECF No. 31). As of the date of this order, no opposition or response has been filed by Defendants. Therefore, counsel's motion (ECF No. 31) is **GRANTED**.

Although 28 U.S.C. § 1654 allows "parties" to "plead and conduct their own cases personally," the statute has not been interpreted to allow corporate entities to do so. "Corporations and other unincorporated associations must appear in court through an attorney." *In re America W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam) (citations omitted). This rule "prohibits *pro se* plaintiffs from pursuing claims on behalf of others in a representative capacity." *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008); *see also C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) (trustee may not appear *pro se* because he is not the person who by substantive law has the right sought to be enforced).

/ / /

/ / /

MINUTES OF THE COURT
3:21-cv-00094-HDM-WGC
November 24, 2021
Page 2
_____/

      As Judge Hicks noted in *HDR Insurance Managers, LLC v. Summit Insurance Services, Inc.*, No. 2:09-cv-0380-LRH-GWF (D. Nev. 2011),

> It is well recognized that a corporation may only appear in federal court through licensed counsel. *See e.g., Rowland v. California Mens Colony, Unit II Mens' Advisory Council*, 506 U.S. 194, 200-201 (1983); *In re Highley*, 459 F.3d 554, 555 (9th Cir. 1972).

      **IT IS HEREBY ORDERED** that Defendant Dhaliwal, Inc., shall file a substitution of counsel within **thirty (30) days** of this order, i.e., on or before **Wednesday, December 29, 2021**. A copy of this order and all documents filed until Defendant Dhaliwal, Inc., obtains counsel shall be served on Dhaliwal, Inc., via regular mail at the following addresses:

> Dhaliwal, Inc.
> 760 Broad Street
> Battle Mountain, NV 89820

> Dhaliwal, Inc.
> 114 Sunnyside Drive
> Battle Mountain, NV 89820

      **IT IS FURTHER ORDERED** that Defendant Roop Singh is appearing *pro se* and all documents required by the Federal Rules of Civil Procedure to be served on Defendant Roop Singh shall be sent to Defendant at the following addresses:

> Roop Singh
> 760 Broad Street
> Battle Mountain, NV 89820

> Roop Singh
> 114 Sunnyside Drive
> Battle Mountain, NV 89820

                                  DEBRA K. KEMPI, CLERK

                                  By: _____/s/_____
                                        Deputy Clerk