# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARPREET SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>ROOP SINGH & DHALIWAL, INC.,<br><br>    Defendants. | 3:21-cv-00094-HDM-CSD<br><br>**ORDER**<br><br>Re: ECF Nos. 45, 46 |

Before the court are Plaintiff's Unopposed Motion for Leave to Withdraw as Counsel (ECF No. 45) and Stipulation and Order to Extend Discovery Plan and Scheduling Order (ECF No. 46).

**IT IS HEREBY ORDERED** that Plaintiff Harpreet Singh shall file a response to the Unopposed Motion for Leave to Withdraw as Counsel (ECF No. 45) on or before **12:00 p.m. on Monday, September 12, 2022.**

**IT IS FURTHER ORDERED** that a Motion Hearing is set for **Tuesday, September 13, 2022, at 9:00 a.m.** The hearing will be conducted by Zoom Video Conference. The parties are directed to contact the courtroom administrator, Karen Walker, at (775) 686-5918 or Karen_Walker@nvd.uscourts.gov, by **Friday, September 9, 2022**, to provide the e-mail address of all counsel and parties who will be attending the hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve Plaintiff Harpreet Singh with a copy of this order at the address listed below:

Harpreet Singh
2017 Bastona Drive
Elk Grove, CA 95758

DATED: August 30, 2022.

_____
UNITED STATES MAGISTRATE JUDGE