# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HARPREET SINGH,

    Plaintiff

v.

ROOP SINGH, et al.,

    Defendants

Case No.: 3:21-cv-00094-HDM-CSD

**Order**

Re: ECF Nos. 49 and 50

It has come to the court's attention that the Order to Show Cause & Order Staying Discovery (ECF No. 49) was not served directly on the Plaintiff in this action after his counsel's motion to withdraw was granted.[1] Therefore, the report and recommendation issued on October 21, 2022, recommending dismissal of this action with prejudice (ECF No. 50) is hereby **WITHDRAWN**. The Clerk shall **SEND** a copy the order to show cause (ECF No. 49) and a copy of this Order to Plaintiff at the address listed in the docket. Plaintiff has up to and including **November 16, 2022**, to file and serve on Defendants a response indicating an intent to prosecution this action. A failure to do so will result in a recommendation that this action be dismissed with prejudice. The scheduling order deadlines remain stayed.

**IT IS SO ORDERED**.

Dated: October 26, 2022

                                                         Craig S. Denney
                                                         United States Magistrate Judge

---

[1] Plaintiff was served with a copy of the minutes from the September 13, 2022 hearing, where the court noted that Plaintiff failed to file a response to his counsel's motion to withdraw, and indicating that the court would be issuing an order to show cause. (ECF No. 48.)